David A. Stephens, Esq.  
Nevada Bar No. 00902  
3636 North Rancho Drive  
Las Vegas, Nevada 89130  
Telephone: (702) 656-2355  
Facsimile: (702) 656-2776  
Email: dstephens@davidstephenslawfirm.com  
Attorneys for Debtor

Efiled: 3/4/2020

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) | BK-S-20-10956-ABL |
| ) | Chapter 7 proceedings |
| EACHPOLE, INC., ) | Trustee: Troy S. Fox |
| ) | |
| ) | STATEMENT OF AUTHORITY |
| ) | TO SIGN AND FILE PETITION |
| ) | |
| ) | Date: n/a |
| ) | Time: n/a |
| Debtor. ) | |

I, Il Kim, declare under penalty of perjury that I am the President of Eachpole, Inc., a Nevada corporation, ("Corporation"), and on February 19, 2020, the following resolution was adopted by the Board of Directors of this Corporation:

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code.

Be it therefore resolved that Il Kim, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy on behalf of the Corporation; and

Be it further resolved that Il Kim, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

///

///

  Be it further resolved that Il Kim, President of this Corporation, is authorized and directed to employee David A. Stephens, Esq., attorney, in the Law Firm of David A. Stephens, to represent the Corporation in such bankruptcy.

  Dated this 5th day of March, 2020.

             /s/ilkim
             By: Il Kim, President