|   |   |   |
|---|---|---|
| 1 | Michael D. Rawlins, Esq. | |
|   | Nevada Bar No. 5467 | |
| 2 | Aimee M. Cannon, Esq. | |
|   | Nevada Bar No. 11780 | |
| 3 | 3333 E. Serene Ave., Suite 130 | |
|   | Henderson, Nevada 89074 | |
| 4 | Telephone (702) 318-5033 | |
|   | Facsimile (702) 318-5034 | |
| 5 | *Attorney for Plaintiff Linco Inc.* | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

*****

| | | |
|---|---|---|
| In Re: | | In Proceedings Under Chapter 7 |
| EACHPOLE, INC., | | Case No. BK-20-10956-abl |
| Debtor. | | Adv. Case No. BK-20-01130-abl |
| LINCO INC., as Successor-In-Interest of the Bankruptcy Estates of EACHPOLE, INC., and TOP LIGHTING CORPORATION, dba ETOP LIGHTING CORPORATION, | | |
| Plaintiff, | | |
| v. | | **SUBSTITUTION OF ATTORNEY** |
| BEAUTY MEMORY, a Nevada Nonprofit Corporation; LKIMMY INC., a Nevada Corporation; SYNGURU CORPORATION, a Nevada Corporation; CHRIS KIM, an individual; IL KIM, an individual; MISOOK KIM, an individual; HYUKJOON KWON, also known as, ANDREW KWON, an individual; BHASKER PANCHAL, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive, | | |
| Defendants. | | |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, NV 89074
O:(702)318-5033 F:(702)318-5034

## SUBSTITUTION OF ATTORNEY

LINCO INC. hereby substitutes SMITH & SHAPIRO, PLLC, as LINCO INC.'s attorneys of record in this matter, in the place and stead of ANDERSEN LAW FIRM, LTD.

DATED this 9 day of February, 2021.

LINCO INC.

By: Chien Ting, Lin
Its: CEO, Owner

ANDERSEN LAW FIRM, LTD., hereby agrees and consents to the substitution of SMITH & SHAPIRO, PLLC, as LINCO INC.'s attorneys of record in this matter.

DATED this 9th day of February, 2021.

ANDERSEN LAW FIRM, LTD.

Ryan A. Andersen, Esq.
Nevada Bar No. 12321
3199 E. Warm Springs Rd., Suite 400
Las Vegas, Nevada 89120

SMITH & SHAPIRO, PLLC, hereby accepts substitution as attorney of record for LINCO, INC.

DATED this 16 day of February, 2021.

SMITH & SHAPIRO, PLLC

Michael D. Rawlins, Esq.
Nevada Bar No. 5467
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074