**CARRIE E. HURTIK**
Nevada State Bar No. 7028
**HURTIK LAW & ASSOCIATES**
6767 W. Tropicana Ave., Suite 200
Las Vegas, Nevada  89103
churtik@hurtiklaw.com
(702) 966-5200
(702) 966-5206 Facsimile
Attorney for Defendants,
IL KIM, MISOOK KIM
CHRIS KIM, BEAUTY MEMORY,
and SYNGURU CORPORATION

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>EACHPOLE, INC. aka JULIUS, INC.,<br><br>_____Debtor._____<br>LINCO INC., as the Successor-In-Interest of the<br>Bankruptcy Estates of EACHPOLE, INC., and<br>TOP LIGHTING CORPORATION, dba ETOP<br>LIGHTING CORPORATION,<br><br>                        Plaintiffs,<br>v.<br><br>BEAUTY MEMORY, a Nevada Nonprofit<br>Corporation; LKIMMY, INC., a Nevada<br>Corporation; SYNGURU CORPORATION, a<br>Nevada Corporation; CHRIS KIM, an<br>Individual; HYUNJUNE KIM, an individual; IL<br>KIM, an Individual; MISOOK KIM, an<br>Individual; HYUKJOON KWON, also known<br>as, ANDREW KWON, an Individual;<br>BHASKER PANCHAL, an Individual DOES I<br>Through X, inclusive; and ROE ENTITIES XI<br>trough XX, inclusive,<br><br>                        Defendants. | Case No.:  20-10956-abl<br><br>Chapter 7 Bankruptcy<br><br>Adv. Case No.:  20-01130-abl<br><br><br><br>**DEFENDANTS' ANSWER TO<br>FIRST AMENDED COMPLAINT** |

Defendants CHRIS KIM, IL KIM, MISOOK KIM, BEAUTY MEMORY and SYNGURU

CORPORATION (hereinafter known as "CHRIS, KIM, MISOOK, BEAUTY MEMORY, SYNGURU

or Defendants") by and through their Counsel of record, CARRIE E. HURTIK, of HURTIK LAW

AND ASSOCIATES, LTD. hereby submits this Answer to Plaintiff's First Amended Complaint filed on December18, 2020.

## I. Jurisdiction and Venue

1)    Answering Paragraph 1, this paragraph does not contain any substantive allegations and requires no response.

2)    These Answering Defendants admit the allegations contained in Paragraph 2.

3)    These Answering Defendants admit the allegations contained in Paragraph 3.

4)    These Answering Defendants admit the allegations contained in Paragraph 4.

5)    These Answering Defendants admit the allegations contained in Paragraph 5.

6)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 6 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

7)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 7 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

8)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 8 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

9)    This Answering Defendant admits that this Court has Jurisdiction over this proceeding.

10)    This Answering Defendant admits that this Venue is proper in this Court.

11)    Answering Paragraph 11, this paragraph does not contain any substantive allegations and requires no response.

## II. Nature of this Action

12)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 12 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

13)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 13 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

14)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 14 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

15)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 15(a)-(f) of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

16)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 16 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

17)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 17 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

18)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 18 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

### III. Parties

19)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 19 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

20)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 20 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

21)     This Answering Defendant admits that Debtor EP is and was a California Corporation and is licensed to do business in both California and Nevada.

22)     This Answering Defendant admits that Debtor TLC is and was a California Corporation and is licensed to do business in the States of California and Nevada.

23)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 23 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

24)     Regarding the allegations contained in Paragraph 24, Defendant KIM admits that he is he is a resident of Clark County Nevada, the Husband of Defendant MISOOK, and Father of Defendant CHRIS KIM, but denies the remaining allegations.

25)     Regarding the Allegations in Paragraph 25, answering Defendant MISOOK admits that she is a resident of Clark County, Nevada, Wife of Defendant KIM and Mother of Defendant CHRIS but denies the remaining allegations.

26)     Regarding the Allegations in Paragraph 26, answering Defendant CHRIS admits that he is a resident of Los Angeles County, California, and the son of Defendants KIM and MISOOK, but denies the remaining allegations.

27)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 27of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

28)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 28 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

29)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 29 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

30)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 30 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

31)     These Answering Defendants admit that BEAUTY is a Nevada non-profit Corporation licensed to do business in the State of Nevada but denies the remaining allegations.

32)     This Answering Defendant SYNGURU admits that it is a Nevada Corporation licensed to do business in Nevada and Registered to do business in California but denies the remaining allegations in Paragraph 32.

33)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 33 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

34)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 34 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

///

///

## IV. General Allegations

35)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 35 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

### A. Patent Litigation

36)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 36 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

37)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 37 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

38)    This Answering Defendant KIM admits that he testified that Debtor TLC was financially healthy in May 2019.

39)    These Answering Defendants admit that Debtor TLC filed a Bankruptcy Petition in Nevada.

40)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 40 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

41)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 41 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

### B. Fraudulent Transfer Scheme

42)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 42 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

1. Transfer 1: Debtor TLC v. KIM and MISOOK

43)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 43 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

2. Transfer 2: Debtor TLC vs. Kim

44)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 44 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

3. Transfer 3: Debtor TLC v. KIM

45)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 45 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

4. Transfer 4: Debtor TLC v. KIM

46)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 46 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

5. Transfer 5: Debtor TLC v. Chinese Entities

47)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 47 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

48)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 48 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

49)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 49 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

6. Transfer 6: Debtor TLC v. KIMMY

50)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 50 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

51)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 51 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

52)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 52 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

53)      These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 53 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

54)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 54 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

55)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 55 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

56)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 56 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

57)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 57 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

58)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 58 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

59)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 59 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

60)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 60 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

61)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 61 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

7. Transfer 7: Debtor EP v. KIMMY

62)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 62 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

63)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 63 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

64)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 64 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

65)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 65 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

66)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 66 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

67)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 67 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

68)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 68 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

69)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 69 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

70)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 70 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

### V. First Claim for Relief: Constructive Fraudulent Transfer

#### *Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

#### 11 U.S.C. Sec. 548(a)(1)(B)(ii)(I); 550

*Transfer 1: Debtor TLC v. KIM and MISOOK*

71)     Answering Paragraph 71, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 70 and incorporates the same as if set forth fully herein.

72)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 72 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

73)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 73 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

74)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 74 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

75)     Answering Paragraph 75 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

76)     Answering Paragraph 76 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

77)     Answering Paragraph 77 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

78)     Answering Paragraph 78 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

79)     Answering Paragraph 79 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

80)     Answering Paragraph 80 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## VI. Second Claim for Relief: Constructive Fraudulent Transfer

### *Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

### 11 U.S.C. Sec. 548(a)(1)(B)(ii)(I); 550

#### *Transfer 2: Debtor TLC v. KIM*

81)     Answering Paragraph 81, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 80 and incorporates the same as if set forth fully herein.

82)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 82 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

83)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 83 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

84)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 84 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

85)     Answering Paragraph 85 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

86)     Answering Paragraph 86 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

87)     Answering Paragraph 87 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

88)     Answering Paragraph 88 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

89)     Answering Paragraph 89 of Plaintiffs' Amended Complaint, deny the allegations contained therein.

90)     Answering Paragraph 90 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## VII. Third Claim for Relief: Constructive Fraudulent Transfer

### Avoidance and Recovery of a Fraudulent Transfer (Insolvency)

### 11 U.S.C. Sec. 548(a)(1)(B)(ii)(I); 550

### Transfer 3: Debtor TLC v. KIM

91)     Answering Paragraph 90, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 90 and incorporates the same as if set forth fully herein.

92)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 92 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

93)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 93 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

94)     These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 94 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

95)     Answering Paragraph 95 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

96)     Answering Paragraph 96 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

97)     Answering Paragraph 97 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

98)     Answering Paragraph 98 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

99)     Answering Paragraph 99 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

100)    Answering Paragraph 100 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

### VIII. Fourth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(I); 550**

*Transfer 4: Debtor TLC v. KIM*

101)    Answering Paragraph 101, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 100 and incorporates the same as if set forth fully herein.

102)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 102 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

103)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 103 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

104)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 104 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

105)    Answering Paragraph 105 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

106)    Answering Paragraph 106 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

107)    Answering Paragraph 107 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

108)    Answering Paragraph 108 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

109)    Answering Paragraph 109 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

110)    Answering Paragraph 110 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

///

///

///

///

///

### IX. Fifth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(I); 550**

*Transfer 5: Debtor TLC v. Chinese Entities*

111)    Answering Paragraph 111, this Cause of Action does not contain allegations against Answering Defendants, to the extent a response is required, Defendants deny the allegations contained in Paragraphs 111 to 120.

### X. Sixth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(I); 550**

*Transfer 6: Debtor TLC v. Kimmy*

112)    This Cause of Action does not contain allegations against Answering Defendants, to the extent a response is required, Defendants deny the allegations contained in Paragraphs 121 to 130.

### XI. Seventh Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(I); 550**

*Transfer 7: Debtor EP v. Kimmy*

113)    This Cause of Action does not contain allegations against Answering Defendants. To the extent a response is required, Defendants deny the allegations contained in Paragraphs 131 to 140.

### XII. Eighth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550**

*Transfer 1: Debtor TLC v. KIM and MISOOK*

114)    Answering Paragraph 141, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 140 and incorporates the same as if set forth fully herein.

115)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 142 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

116)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 143 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

117)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 144 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

118)    Answering Paragraph 145 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

119)    Answering Paragraph 146 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

120)    Answering Paragraph 147 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

121)    Answering Paragraph 148 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

122)    Answering Paragraph 149 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

123)    Answering Paragraph 150 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

///

///

///

///

///

### XIII. Ninth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer (Insolvency)*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550**

*Transfer 2: Debtor TLC v. KIM*

124)    Answering Paragraph 151, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 70 and incorporates the same as if set forth fully herein.

125)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 152 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

126)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 153 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

127)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 154 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

128)    Answering Paragraph 155 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

129)    Answering Paragraph 156 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

130)    Answering Paragraph 157 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

131)    Answering Paragraph 158 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

132)    Answering Paragraph 159 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

133)    Answering Paragraph 160 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as

such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

### XIV. Tenth Claim for Relief: Constructive Fraudulent Transfer

#### *Avoidance and Recovery of a Fraudulent Transfer*

#### 11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550

##### *Transfer 3: Debtor TLC v. KIM*

134) Answering Paragraph 161, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 70 and incorporates the same as if set forth fully herein.

135) These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 162 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

136) These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 163 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

137) These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 164 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

138) Answering Paragraph 165 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

139) Answering Paragraph 166 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

140) Answering Paragraph 167 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

141) Answering Paragraph 168 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

142) Answering Paragraph 169 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

143)    Answering Paragraph 170 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XV. Eleventh Claim for Relief: Constructive Fraudulent Transfer

### *Avoidance and Recovery of a Fraudulent Transfer*

### 11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550

*Transfer 4: Debtor TLC v. KIM*

144)    Answering Paragraph 171, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 70 and incorporates the same as if set forth fully herein.

145)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 172 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

146)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 173 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

147)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 174 of Plaintiffs' Amended Complaint on file herein, and therefore deny same

148)    Answering Paragraph 175 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

149)    Answering Paragraph 176 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

150)    Answering Paragraph 177 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

151)    Answering Paragraph 178 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

152)   Answering Paragraph 179 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

153)   Answering Paragraph 180 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

### XVI Twelfth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550**

*Transfer 4: Debtor TLC v. Chinese Entities (Roe Corporations)*

154)   This Cause of Action does not contain allegations against Answering Defendants to the extent a response is required, Defendants deny the allegations contained in Paragraphs 181 to 190.

### XVII. Thirteenth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(I); 550**

*Transfer 6: Debtor TLC v. KIMMMY*

155)   This Cause of Action does not contain allegations against Answering Defendants. To the extent a response is required, Defendants deny the allegations contained in Paragraphs 191 to 200.

### XVIII Fourteenth Claim for Relief: Constructive Fraudulent Transfer

*Avoidance and Recovery of a Fraudulent Transfer*

**11 U.S.C. §§ 548(a)(1)(B)(ii)(II); 550**

*Transfer 7: Debtor EP v. KIMMY*

156)   This Cause of Action does not contain allegations against Answering Defendants. To the extent a response is required, Defendants deny the allegations contained in Paragraphs 201 to 210.

### XIX. Fifteenth Claim for Relief: Breach of Fiduciary Duty

*Debtor TLC v. KIM, KWON, and PANCHAL*

157)    Answering Paragraph 211 of Plaintiffs' Amended Complaint, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 210 and incorporates the same as if set forth fully herein.

158)    These Answering Defendants are without sufficient knowledge as to the allegations set forth in Paragraph 212 of Plaintiffs' Amended Complaint on file herein, and therefore deny same.

159)    Answering Paragraph 213 Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

160)    Answering Paragraph 214 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

161)    Answering Paragraph 215 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

162)    Answering Paragraph 216 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

163)    Answering Paragraph 217 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

164)    Answering Paragraph 218 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

165)    Answering Paragraph 219 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

166)    Answering Paragraph 220 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

167)    Answering Paragraph 221 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

168)    Answering Paragraph 222 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

169)    Answering Paragraph 223 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

170)    Answering Paragraph 224 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

171)    Answering Paragraph 225 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

172)    Answering Paragraph 226 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

173)    Answering Paragraph 227 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

174)    Answering Paragraph 228 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

175)    Answering Paragraph 229 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XX. Sixteenth Claim for Relief: Breach of Fiduciary Duty

### Debtor EP v. KIM, MISOOK and CHRIS

176)    Answering Paragraph 230, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 229 and incorporates the same as if set forth fully herein.

177)    Answering Paragraph 231 these Answering Defendants admit that Debtor EP was a California Corporation, but denies the remaining allegations.

178) Answering Paragraph 233 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

179) Answering Paragraph 234 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

180) Answering Paragraph 235 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

181) Answering Paragraph 236 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

182) Answering Paragraph 237 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

183) Answering Paragraph 238 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

184) Answering Paragraph 239 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

185) Answering Paragraph 240 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

186) Answering Paragraph 241 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

187) Answering Paragraph 242 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

188) Answering Paragraph 243 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

189) Answering Paragraph 244 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

190) Answering Paragraph 245 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

191)    Answering Paragraph 246 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

192)    Answering Paragraph 247 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

193)    Answering Paragraph 248 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XXI. Seventeenth Claim for Relief: Conversion

### *Transfer 1: Debtor TLC v. MISOOK and KIM*

194)    Answering Paragraph 249, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 249 and incorporates the same as if set forth fully herein.

195)    Answering Paragraph 250 Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

196)    Answering Paragraph 251 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

197)    Answering Paragraph 252 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

198)    Answering Paragraph 253 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

199)    Answering Paragraph 254 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

///

///

## XXII. Eighteenth Claim for Relief: Conversion

### *Transfer 2-5: Debtor TLC v. KIM*

200)    Answering Paragraph 255, Answering Defendant repeat and re-allege their responses to Paragraphs 1 to 229 and incorporates the same as if set forth fully herein.

201)    Answering Paragraph 256 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

202)    Answering Paragraph 257 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

203)    Answering Paragraph 258 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

204)    Answering Paragraph 259 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

205)    Answering Paragraph 260 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XXIII. Nineteenth Claim for Relief: Conversion

### *Transfer 6: Debtor TLC v. KIMMY*

206)    This Cause of Action does not contain allegations against Answering Defendants. To the extent a response is required, Defendants deny the allegations contained in Paragraphs 261 to 266.

## XXIV. Twentieth Claim for Relief

### *Conspiracy to Commit Constructive Fraud Pursuant to 11 U.S.C. 548(a)(1)(B)(ii)(I)*

### *Transfer 1: Debtor TLC v. KIM and MISOOK*

207)    Answering Paragraph 267, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 266 and incorporates the same as if set forth fully herein.

208)    Answering Paragraph 268 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

209)    Answering Paragraph 269 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

210)    Answering Paragraph 270 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XXV. Twenty-First Claim for Relief

*Conspiracy to Commit Constructive Fraud Pursuant to 11 U.S.C. 548(a)(1)(B)(ii)(II)*

*Transfer 1: Debtor TLC v. KIM and MISOOK*

211)    Answering Paragraph 271, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 270 and incorporates the same as if set forth fully herein.

212)    Answering Paragraph 272 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

213)    Answering Paragraph 273 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

214)    Answering Paragraph 274 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XXVI. Twenty-Second Claim for Relief

*Conspiracy of Conversion*

*Transfer 1: Debtor TLC v. KIM and MISOOK*

215)    Answering Paragraph 275, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 274 and incorporates the same as if set forth fully herein.

216)    Answering Paragraph 276 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

217)    Answering Paragraph 277 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

218)    Answering Paragraph 278 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

### XXVII. Twenty-Third Claim for Relief: Turnover of Property of the Estate

*Against All Defendants*

219)    Answering Paragraph 279, these Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 278 and incorporates the same as if set forth fully herein.

220)    Answering Paragraph 280 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

221)    Answering Paragraph 281 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

222)    Answering Paragraph 282 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

223)    Answering Paragraph 283 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

///

///

///

## XXVIII. Twenty-Fourth Claim for Relief: Substantive Consolidation

### *Against KIM, MISOOK, KIMMY, BEAUTY, and SYNGURU*

224)    Answering Paragraph 284, Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 283 and incorporates the same as if set forth fully herein.

225)    Answering Paragraph 285 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

226)    Answering Paragraph 286 of Plaintiffs' Amended Complaint, Defendants deny the allegations contained therein.

227)    Answering Paragraph 288 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

## XXIX. Twenty-Fifth Claim for Relief: Injunctive Relief

### *Against All Defendants*

228)    Answering Paragraph 289, these Answering Defendants repeat and re-allege their responses to Paragraphs 1 to 288 and incorporates the same as if set forth fully herein.

229)    Answering Paragraph 290 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants deny generally and specifically deny each and every allegation contained therein.

230)    Answering Paragraph 291 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants generally and specifically deny each and every allegation contained therein.

231)    Answering Paragraph 292 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as

such, no response is necessary. To the extent that a response is necessary, Defendants generally and specifically deny each and every allegation contained therein.

232)    Answering Paragraph 293 of Plaintiffs' Amended Complaint, Defendant believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants generally and specifically deny each and every allegation contained therein.

233)    Answering Paragraph 294 of Plaintiffs' Amended Complaint, Defendants believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants generally and specifically deny each and every allegation contained therein.

234)    Answering Paragraph 295 of Plaintiffs' Amended Complaint, Defendant  believe this Paragraph contains purported legal conclusions and/or statements of law, rather than allegations, and as such, no response is necessary. To the extent that a response is necessary, Defendants generally and specifically deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action upon which relief may be granted against the Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the Doctrine of Laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the Doctrine of Waiver.

### FIFTH AFFIRMATIVE DEFENSE

The Answering Defendant aver that Plaintiff's injuries and damages, if any, were contributed to and caused by Plaintiff's own acts and negligence, which negligence was greater than Defendant' negligence, if any.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages and/or Defendant is entitled to a reduction in damages under the doctrine of avoidable consequences.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are reduced, in whole or in part, by virtue of the actions of third persons over whom the Answering Defendant exercised no control and whose actions were a proximate cause of Plaintiff's alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is guilty of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are barred by the Doctrines of Estoppel, Estoppel by Fraud, and/or Equitable Estoppel.

### TENTH AFFIRMATIVE DEFENSE

The conduct of the Answering Defendant alleged to be wrongful was induced by Plaintiff's own conduct.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff ratified, approved or acquiesced in the actions of Answering Defendant.

### TWELVETH AFFIRMATIVE DEFENSE

The Answering Defendant, at all relevant times herein, acted in accordance with reasonable standards, in good faith, with reasonable care and did not contribute to the alleged damages.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the Doctrine of Collateral Estoppel.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Answering Defendant denies each and every allegation of Plaintiff's Complaint not specifically pleaded to herein.

### FIFTEENTH AFFIRMATIVE DEFENSE

It has been necessary to employ the services of an attorney to defend this action and a reasonable sum should be allowed Defendant as and for attorneys' fees, together with costs expended on this action.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of mutual mistake, unilateral mistake, impossibility, or impracticability.

### SEVENTH AFFIRMATIVE DEFENSE

That Plaintiff's claims are barred by the doctrine of equitable rescission.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are barred on the grounds that any assent to any alleged contract was obtained by Plaintiff's misrepresentations, concealment, circumvention, and unfair practices.

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant incorporates by reference those affirmative defenses enumerated in FRCP 8, as if fully set forth herein. If further investigation or discovery reveals the applicability of any such defenses, Defendant reserve the right to seek leave of Court to amend this answer to specifically assert any such defense.  Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defenses.

WHEREFORE, Defendants, pray as follows:

1.      Find for Defendants and against the Plaintiff on all causes of action;

2.      Award reasonable attorney's fees, costs of suit and pre-judgment interest in favor of Defendants and against the Plaintiff; and award such other relief as this Court deems just and proper in this matter

DATED this 7th day of June, 2021.

                                    HURTIK LAW & ASSOCIATES

        /s/    *Carrie E. Hurtik*

                                    _____

                                    **CARRIE E. HURTIK, ESQ.**
                                    Nevada Bar No. 7028
                                    6767 W. Tropicana Ave., Ste. 200
                                    Las Vegas, NV  89103
                                    Attorney for Defendants,
                                    IL KIM, MISOOK KIM
                                    CHRIS KIM, BEAUTY MEMORY,
                                    and SYNGURU CORPORATION

## CERTIFICATE OF SERVICE

**STATE OF NEVADA**     **)**

                           **) ss.**

**COUNTY OF CLARK**     **)**

I, XIOMARA G. SANCHEZ, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 6767 W. Tropicana Avenue, Suite 200, Las Vegas, NV 89103.

On this June 8, 2021 I served the document described as **DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT** on the parties listed below:

| | |
|---|---|
| Ryan A. Andersen, Esq.<br>ANDERSEN LAW FIRM, LTD.<br>3199 E. Warm Springs Rd., Ste. 400<br>Las Vegas, NV 89120 | Robert C. Hsu, Esq.<br>LEXINT LAW GROUP, APLC<br>13300 Crossroads Parkway, Suite 100<br>City of Industry, CA 91746 |
| Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102 | Jonathon R. Patterson, Esq.<br>6767 W. Tropicana Avenue, Suite 200<br>Las Vegas, NV 89103 |

☒   **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada, on this June 8, 2021

/s/ *Xiomara G. Sanchez*

_____
XIOMARA G. SANCHEZ, an employee of
HURTIK LAW & ASSOCIATES